```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard F. Lanza,

                Plaintiff,

      -against-

Nancy A. Berryhill, Acting Commissioner of Social Security,

                Defendant.

19 Civ. 6783 (AT) (RWL)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 18, of the Honorable Robert W. Lehrburger, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendant's motion for judgment on the pleadings is DENIED, Plaintiff's motion is GRANTED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 13 and 15, and close the case.

    SO ORDERED.

Dated: September 18, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge