**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Richard F. Lanza,

                Plaintiff,                                 19 **CIVIL** 6783 (AT)(RWL)

       -v-                                               **JUDGMENT**

Nancy A. Berryhill, Acting Commissioner of
Social Security,
                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated September 18, 2020, having received no objections to the Report and Recommendation of the Honorable Robert W. Lehrburger, the Court reviewed the R&R for clear error, and found none. Santiago v. Colvin, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The R&R is ADOPTED in its entirety. Defendant's motion for judgment on the pleadings is DENIED, Plaintiff's motion is GRANTED, and this matter is REMANDED to the administrative law judge pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R; accordingly, the case is closed.

**Dated:**  New York, New York
          September 18, 2020

                                                            **RUBY J. KRAJICK**
                                                          _____
                                                          **Clerk of Court**
                       **BY:**      *K. Mango*
                                                          _____
                                                           **Deputy Clerk**